1

CHIEF JUDGE RICARDO S. MARTINEZ

2

3

4

5                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
6                                        AT SEATTLE

7

UNITED STATES OF AMERICA,           )   No. CR20-170RSM
8                                   )
          Plaintiff,                )   ORDER GRANTING SECOND
9                                   )   UNOPPOSED MOTION TO
          v.                        )   CONTINUE TRIAL AND EXTEND
10                                  )   PRETRIAL MOTIONS DEADLINE
JONSHE L. GILBERT,                  )
11                                  )
          Defendant.                )
12  _____ )

13      THE COURT has considered the stipulated motion of the parties to continue the

14  trial date and pretrial motions deadline and finds that:

15      (a) taking into account the exercise of due diligence, a failure to grant a

16  continuance in this case would deny counsel for the defendant the reasonable time

17  necessary for effective preparation due to counsel's need for more time to review and

18  synthesize discovery, conduct investigation, perform legal research, draft motions, and

19  consult with and advise Mr. Gilbert. The Court notes that current conditions due to the

20  COVID-19 pandemic render each of the above-listed tasks more time-consuming. 18

21  U.S.C. § 3161(h)(7)(B)(iv); and

22      (b) a failure to grant such a continuance in this proceeding would likely result in

23  a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

24      (c) the additional time requested is a reasonable period of delay, as the defendant

25  has requested more time to prepare for trial, to investigate the matter, to gather evidence

26  material to the defense, and to consider possible defenses; and

ORDER GRANTING SECOND UNOPPOSED                    **FEDERAL PUBLIC DEFENDER**
MOTION TO CONTINUE TRIAL AND EXTEND                **1601 Fifth Avenue, Suite 700**
PRETRIAL MOTIONS DEADLINE                          **Seattle, Washington 98101**
(*USA v. Jonshe Gilbert*; CR20-170RSM) - 1              **(206) 553-1100**

1   (d) the ends of justice will best be served by a continuance, and the ends of

2   justice outweigh the best interests of the public and the defendant in any speedier trial,

3   as set forth in 18 U.S.C. § 3161(h)(7)(A); and

4   (e) the additional time requested between the current trial date of March 29,

5   2021 and the new trial date is necessary to provide counsel for the defendant the

6   reasonable time necessary to prepare for trial, considering counsel's schedule and all of

7   the facts set forth above; and

8   (f) the period of delay from the date of this order to the new trial date is

9   excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

10   IT IS THEREFORE ORDERED that the trial date in this matter shall be

11   continued to July 19, 2021, and that pretrial motions shall be filed no later than June 17,

12   2021.

13   DONE this 26th day of March, 2021.

14

15   RICARDO S. MARTINEZ

16   CHIEF UNITED STATES DISTRICT
     JUDGE

17

18   Presented by:

19

20   s/ *Vanessa Pai-Thompson*
     Assistant Federal Public Defender

21   Attorney for Jonshe Gilbert

22

23

24

25

26

ORDER GRANTING SECOND UNOPPOSED
MOTION TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*USA v. Jonshe Gilbert*; CR20-170RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**