CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONSHE L. GILBERT,<br><br>Defendant. | No. CR20-170RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO |

THE COURT has considered Jonshe Gilbert's unopposed motion to proceed with guilty plea hearing by video, along with the relevant records in this case.

THE COURT FINDS that a video guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order W.D. Wash. 04-20 (3/30/20); *see also* General Orders W.D. Wash. 14-21, 16-21.

THE COURT ORDERS that a guilty plea hearing be scheduled by video as soon as possible before the Magistrate Judge.

DONE this 13th day of January 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Jonshe Gilbert

ORDER TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO
(*United States v. Gilbert*, CR20-170RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100